# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147264 & (11)

TOM BARROW,
          Plaintiff-Appellant,

v

CITY OF DETROIT ELECTION
COMMISSION and CITY CLERK FOR
THE CITY OF DETROIT,
          Defendants,
and

MICHAEL DUGGAN and MICHAEL
DUGGAN FOR MAYOR COMMITTEE,
          Intervening Defendants-Appellees.

SC: 147264
COA: 316695
Wayne CC: 13-007068-AW

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED as moot.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2013



Clerk

p0619